# United States Court of Appeals
## For the Eighth Circuit

_____

No. 18-1346

_____

Scott Kimrey Goldsmith

*Appellant*

v.

Commissioner of Internal Revenue

*Appellee*

_____

Appeal from The United States Tax Court

_____

Submitted: February 15, 2019
Filed: February 25, 2019
[Unpublished]

_____

Before GRUENDER, BOWMAN, and STRAS, Circuit Judges.

_____

PER CURIAM.

Scott Goldsmith appeals from a tax court[1] decision, which granted summary judgment in favor of the Commissioner of Internal Revenue and sustained a notice of federal tax lien, in proceedings Goldsmith initiated under 26 U.S.C. §§ 6320 and

_____

[1]The Honorable Mark V. Holmes, United States Tax Court Judge.

6330.  Following a careful de novo review, *see Nestle Purina Petcare Co. v. Comm'r*, 594 F.3d 968, 970 (8th Cir. 2010) (reviewing the tax court's grant of summary judgment de novo), we conclude that the Commissioner's determination was correct, for the reasons explained by the tax court. Accordingly, we affirm.  *See* 8th Cir. R. 47B.

_____